UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,                       CASE NO. 06-CR-20676

v.                                      PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

HENRY RICHARDSON

       Defendant,
_____/

ORDER AMENDING COURT'S OPINION AND ORDER
OF JULY 2, 2007 SUBSTITUTING THE WORD "LOGICAL"
FOR "CREDIBLE" IN THE SIXTH PARAGRAPH OF THE OPINION

On July 2, 2007 this Court issued an Opinion and Order Denying Defendant Richardson's Motion to Suppress. On July 16, 2007, the Government filed a Motion to Amend that Opinion and Order.

The Court hereby amends that Opinion and Order of July 2, 2007 by substituting the word "logical" for the word "credible" in the sixth paragraph of that Opinion, to make the sentence read: "the Court does not find that testimony "logical."

SO ORDERED.

                                           s/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: November 26, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 26, 2007.

                                        s/Denise Goodine
                                        Case Manager