UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No: 06-20676
                                                   Hon: Paul D. Borman

HENRY ALLEN RICHARDSON,

    Defendant.
_____/

## **ORDER FOR CORRECTIONS TO PRESENTENCE REPORT**

Upon the court holding a Sentencing Hearing on March 25, 2008, and having heard arguments from the Government and the Defendant, and the position of the probation department;

IT IS HEREBY ORDERED that the Presentence Report shall be corrected to reflect that Defendant has 12 instead of 15 criminal history category points with a resulting criminal history category of V instead of VI.

IT IS FURTHER ORDERED that the Defendant's resulting guideline range is 140 to 175 months instead of 151 to 181 months.

IT IS FURTHER ORDERED that Defendant is not a career offender and references to Defendant being a career offender shall be deleted from the Presentence Report.

IT IS FURTHER ORDERED the Presentence Report be corrected to reflect these changes and that the Probation Department submit the Amended Presentence Report to the Bureau of Prisons.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: February 18, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 18, 2009.

        S/Denise Goodine
        Case Manager